MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
DANA C. NICHOLAS, Deputy City Attorney
California State Bar No. 265656
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ALFARO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; SAN DIEGO FIRE-RESCUE DEPARTMENT; JAMIE NICHOLS; KELLEY ZOMBRO; and GINA LA MANTIA and DOES 1-50 inclusive,<br><br>    Defendants. | Case No. **'18CV1211 BEN BGS**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION [28 U.S.C. §1446]**<br><br>(San Diego Superior Court Case No. 37-2018-00019800-CU-OE-CTL) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants CITY OF SAN DIEGO, SAN DIEGO FIRE-RESCUE DEPARTMENT, JAMIE NICHOLS, KELLY ZOMBRO (erroneously sued as Kelly Zombro), and GINA MAINAR (erroneously sued as Gina La Mantia) ("Defendants") hereby remove this action to the United States District Court for the Southern District of California. Removal of this action is proper for the following reasons:

**I.    TIMELINESS**

Plaintiff Sara Alfaro commenced her action on or about April 20, 2018, by filing a Complaint for Damages asserting causes of actions for (1) Sex Harassment in Title VII; (2) Sex Harassment in Violation of FEHA; (3) Discrimination in

1  Violation of Title VII; (4) Discrimination in Violation of FEHA; (5) Unequal Pay
2  in Violation of the California Equal Pay Act; (6) Retaliation if Violation of Title
3  VII; (7) Retaliation in Violation of Cal. Gov't Code §12940(h); (8) Retaliation in
4  Violation of the Whistleblower Protection Act, Gov. Code 8547; (9) Retaliation in
5  Violation of the Whistleblower Protection Act, Cal. Lab. Code §§1102.5 & 98.6;
6  (10) Failure to Take All Reasonable Steps to Prevent Sexual Harassment,
7  Discrimination, and Retaliation in Violation of Cal. Gov't Code §12940 (k); (11)
8  Intentional Infliction of Emotional Distress.  A true and correct copy of the
9  Complaint is attached hereto as **"Exhibit A."**
10      Defendant, CITY OF SAN DIEGO and SAN DIEGO FIRE-RESCUE
11  DEPARTMENT was served on May 1, 2018 of said Complaint, Summons, Civil
12  Case Sheet, Notice of Hearing, and Alternative Dispute Resolution.
13      Defendant, Jamie Nichols was served on May 6, 2018 of said Complaint,
14  Summons, Civil Case Sheet, Notice of Hearing, and Alternative Dispute
15  Resolution.
16      Defendants, Gina Maniar and Kelly Zombro were served on May 11, 2018 of
17  said Complaint, Summons, Civil Case Sheet, Notice of Hearing, and Alternative
18  Dispute Resolution.  A copy of the Summons and related documents are attached
19  hereto as **"Exhibit B."**
20      A Proof of service of the Summons and Complaint on Gina Mainar filed by
21  Sara Alfaro is attached as **"Exhibit C".**
22      This notice of removal is timely in that it is filed on or before thirty (30) days
23  after service of the Complaint on the later-served Defendant.  If a defendant is later-
24  served, that defendant may file a notice of removal, obtain the joinder of the earlier-
25  served defendant, and properly remove the action, "even though that earlier-served
26  defendant did not previously initiate or consent to removal." (28 USC §
27  1446(b)(2)(C); see *Destfino v. Reiswig* (9th Cir. 2011) 630 F3d 952, 956.)
28  ///

2

Additionally, the Complaint contains notice that the case is removable in accordance with 28 U.S.C. §§1441(a) and (c) as the causes of action are arising out of federal law.

Defendants, CITY OF SAN DIEGO, SAN DIEGO FIRE-RESCUE DEPARTMENT, JAMIE NICHOLS, KELLY ZOMBRO have consented to the removal of this claim.

## II.   STATEMENT OF GROUNDS FOR REMOVAL

This action is a civil action which this Court has original jurisdiction under 28 U.S.C. §1331, based on the causes of action relating to Title VII, and the action on may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§1441(a) and (c) as the causes of action are arising out of federal law.

## III.   VENUE

The San Diego Superior Court is located within the jurisdiction of the United States District Court, Southern District of California.  28 U.S.C. § 84(d).  This venue is proper pursuant to 28 U.S.C. §1391.  This Notice of Removal is therefore appropriately filed in this Court pursuant to 28 U.S.C. §1441.

## IV.   PROCESS

Counsel for Defendant certifies that it will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of San Diego, as required by 28 U.S.C. §1446, and give notice of the same to Plaintiff.

Dated:  June 8, 2018                         MARA W. ELLIOTT, City Attorney

By  /s/Dana C. Nicholas
    Dana C. Nicholas
    Deputy City Attorney
    DCNicolas@sandiego.gov

Attorneys for Defendants