UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SARA ALFARO | Case No. 18-CV-1211-MMA (BGS) |
|---|---|
| Plaintiff, vs. CITY OF SAN DIEGO, SAN DIEGO FIRE-RESCUE DEPARTMENT; JAMIE NICHOLS; KELLEY ZOMBRO; and GINA LA MANTIA and DOES 1-50 inclusive, Defendants. | **ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CAUSES OF ACTION WITHOUT PREJUDICE AND TO REMAND ACTION TO STATE COURT** [Doc. No. 3] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss Plaintiff's Title VII claims without prejudice and to remand this action to state court. Accordingly, **IT IS HEREBY ORDERED**:

1. The first (1st) cause of action in Plaintiff's Complaint for sexual harassment in violation of Title VII, 42 U.S.C. § 2000e, et seq., is dismissed without prejudice;

2.   The third (3rd) cause of action in Plaintiff's Complaint for discrimination in violation of Title VII, 42 U.S.C. § 2000e, et seq., is dismissed without prejudice;

3.   The sixth (6th) cause of action in Plaintiff's Complaint for retaliation in violation of Title VII, 42 U.S.C. § 2000e, et seq., is dismissed without prejudice; and

4.   This action is **REMANDED** back to state court.

**IT IS SO ORDERED.**

Dated: June 21, 2018

Hon. Michael M. Anello
United States District Judge